450 F.2d 337
 UNITED STATES of America, Plaintiff-Appellee,
v.
James Douglas RAWLS, Jr., Defendant-Appellant.
 No. 71-1783 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 18, 1971.
 
 Floyd M. Buford, Macon, Ga., for defendant-appellant.
 William J. Schloth, U. S. Atty., D. L. Rampey, Jr., Asst. U. S. Atty., Macon, Ga., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966